IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SUPER INTERCONNECT TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:18-cv-00463-JRG |

**DECLARATION OF SALLIE LIM IN SUPPORT OF GOOGLE LLC'S MOTION TO DISMISS FOR IMPROPER VENUE UNDER RULE 12(B)(3) AND 28 U.S.C. § 1406**

I, Sallie Lim, declare and state as follows:

1. I am a Director in the Legal department at Google LLC ("Google"). I work at Google's offices in Mountain View, California. I have been a Google employee since May 2006.

2. I provide this declaration in support of Google LLC's Motion To Dismiss For Improper Venue Under Rule 12(b)(3) And 28 U.S.C. § 1406 ("Motion"), which seeks to dismiss the above-captioned action filed by Super Interconnect Technologies LLC ("SIT") on November 2, 2018. I submit this declaration based on my personal knowledge of the corporate structure of Google and review of relevant company records.

3. Based on my review of company records, as of November 2, 2018, Google did not own or lease any office space, retail space, or other real property in the Eastern District of Texas, which I understand includes the counties identified on the Court's website

1

(http://www.txed.uscourts.gov/court-locator). And Google still does not own or lease any office space, retail space, or other real property in the Eastern District of Texas today.

4. As of November 2, 2018 and continuing to today, Google's only Texas offices were located in Austin, San Antonio and Dallas (Google's Dallas office is located in Addison, Texas), cities outside this District.

5. As of November 2, 2018 and continuing to today, Google has no data centers in the Eastern District of Texas.

I declare under penalty of perjury that the foregoing is true and correct. Executed on __FEB 1_____, 2019, in Mountain View, California.

_____
Sallie Lim